**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01670-CV

### D&J REAL ESTATE SERVICES, INC.
### D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants

### V.

### GREG L. PERKINS, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

## ORDER

We **DENY** appellees/cross-appellants' May 9, 2014 motion for reconsideration of their agreed first motion for an extension of time to file a cross-appellant's brief. Appellants filed their brief on May 16, 2014. Accordingly, appellees' combined appellees' and cross-appellants' brief is due on **Monday June 16, 2014**. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(b).


/s/     ADA BROWN
          JUSTICE